O

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. CARPENTER,<br><br>          Petitioner,<br><br>    vs.<br><br>JOHN SOTO, Warden,<br><br>          Respondent. | Case No. CV 15-03881-MWF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: April 27, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1