JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. CARPENTER, | Case No. CV 15-03881-MWF (KES) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 27, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE